# LaSalle Process Servers L.P.

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/17/2009 | 39198 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Anne Preston

CASE INFO
Abdiraham Ahmed
vs.
City of Chicago, et al.
08 C 6909

| DESCRIPTION | | AMOUNT |
|---|---|---|
| Services Rendered | | 87.00 |
| Witness fees advanced | | 40.00 |
| Subpoena | | |
| Illinois State Police | | |
| Call at address given Chicago on November 12. | | |

1. Case Name: _Ahmed_
2. Case Number: _08 C6909_
3. Client Dept: _CPD_
4. Atty Signature: _(signature)_
5. Date Approved: _12-9-09_
6. Law Dept. Division: _FCRLD_

DEC 0 3 2009

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $127.00

# LaSalle Process Servers L.P.

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/20/2009 | 39246 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Anne Preston

CASE INFO
Abdiraham Ahmed
vs.
City of Chicago, et al.
08 C 6909

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 202.00 |
| Witness fees advanced | 45.00 |
| Subpoena | |
| Abdirashid Durow Ali | |
| Call at address given in Nashville, TN | |
| FedEx | |

*(handwritten form overlaid)*
1. Case Name: Ahmed
2. Case Number: 08Cb909
3. Client Dept: CPD
4. Atty Signature: *(signature)*
5. Date Approved: 12-9-09
6. Law Dept. Division: FCRLO

DEC 0 3 2009

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**    $247.00

# LaSalle Process Servers L.P.

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 12/2/2009 | 39308 |

BILL TO

City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
Attn:Anne Preston

CASE INFO

Abdiraham Ahmed
vs.
City of Chicago, et al.
08 C 6909

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 87.00 |
| Witness fees advanced | 42.00 |
| Subpoena | |
| Sheldon Sorosky | |
| Call at address given in Chicgao on December 1. | |

*Handwritten annotations:*
1. Case Name: Ahmed
2. Case Number: 08Cb909
3. Client Dept: CPD
4. Atty Signature: *(signature)*
5. Date Approved: 12-22-09
6. Law Dept. Division: FCP LD
DEC 15 2009

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $129.00

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/30/2009 | 38806 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Anne Preston

CASE INFO
Abdiraham Ahmed
vs.
City of Chicago, et al.
08 C 6909

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Services Rendered | 262.00 |
| Witness fees advanced | 80.00 |
| 2 Subpoenas | |
| 1. UPS | |
| 2. Mailboxes, Etc. | |
| Calls at addresses given in Chicago & San Diego, CA | |
| FedEx. | |

1. Case Name: Abdiraham Ahmed
2. Case Number: 08 C 6909
3. Client Dept: CPD
4. Atty Signature: naan alu
5. Date Approved: 10/9/09
6. Law Dept. Division: FCLD

OCT 0 7 2009

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS.  IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total**    $342.00

# *LaSalle Process Servers L.P.*

**29 S. LaSalle St. Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/30/2009 | 39041 |

| BILL TO | CASE INFO |
|---------|-----------|
| City of Chicago | Abdiraham Ahmed |
| 30 N. LaSalle Street | vs. |
| Suite 1400 | City of Chicago, et al. |
| Chicago, Illinois 60602 | 08 C 6909 |
| Attn:Anne Preston | |

| DESCRIPTION | | AMOUNT |
|-------------|--|--------|
| Services Rendered | 1. Case Name: _Ahmed_ | 207.00 |
| | 2. Case Number: _08 C 6909_ | |
| | 3. Client Dept: _CPD_ | |
| Witness fees advanced | 4. Atty Signature: _(signature)_ | 119.78 |
| | 5. Date Approved: _11-2-09_ | |
| 2 Subpoenas | 5. Law Dept. Division: _FCRLD_ | |
| 1. Joseph N. DiNatale | OCT 3 0 2009 | |
| 2. Law Offices of Joseph N. DiNatale | | |

Calls at address given in North Riverside on October 28 & 29.

CUSTOMER ACCEPTS AND ACKNOWLEDGES ALL INVOICES AS
CORRECT UNLESS NOTICE IS GIVEN TO LASALLE PROCESS
SERVERS L.P. WITHIN FIFTEEN (15) DAYS OF PRESENTATION.

ALL FEES AND CHARGES ARE BASED UPON PROMPT PAYMENT.

ALL INVOICES MUST BE PAID IN FULL WITHIN 90 DAYS. IF ANY
INVOICE REMAINS UNPAID AFTER THE 90-DAY PERIOD, ALL
SERVICES WILL BE SUSPENDED UNTIL THE BALANCE HAS BEEN
PAID IN FULL.

CHECK OUT OUR WEB SITE WWW.LASALLEPROCESSSERVERS.COM
ILLINOIS PRIVATE DETECTIVE LICENSE #117-001432

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30
DAYS.

**Total** $326.78

# LaSalle Process Servers L.P.

**29 S. LaSalle St.  Suite 956**
**Chicago, Illinois 60603**
**Phone: 312-263-0620**
**FEIN# 36-4247052**

# Invoice

| DATE | INVOICE # |
|---|---|
| 10/20/2009 | 38963 |

BILL TO
City of Chicago
30 N. LaSalle Street
Suite 1400
Chicago, Illinois  60602
Attn:Anne Preston

CASE INFO
Abdiraham Ahmed
vs.
City of Chicago, et al.
08 C 6909

| DESCRIPTION | AMOUNT |
|---|---|
| Services Rendered | 763.00 |
| Witness fees advanced | 162.00 |

7 Subpoenas
1. Bashire Hassan
2. Cook County Jail
3. United Parcel Service
4. Sheldon Sorosky
5. Joseph DiNatale

1. Case Name: *Ahmed*
2. Case Number: *08 C 6909*
3. Client Dept: *CPD*
4. Atty Signature: *[signature]*
5. Date Approved: *11-2-09*
6. Law Dept. Division: *FCRLD*

OCT 2 8 2009

THANK YOU FOR YOUR BUSINESS. PLEASE REMIT IN 30 DAYS.

**Total**  *925.*

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 619370 | 3/1/2010 | Due Upon Receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 390426.001 | 12/16/2009 | 08 C 6909 |
| **Case Name** | | |
| Abdiraham Ahmed vs. City of Chicago et al. | | |
| **Records Pertaining To** | | |
| Abdirashid Ali | | |

Adrian Martin
Corporation Counsel
30 N. LaSalle St., Suite 1020
Employment Litigation & Labor Divisions
Chicago, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Avis Budget Car Rental, LLC<br>Custodian of Records<br>6 Sylvan Way<br>Parsippany, NJ 07054 | Adrian Martin<br>Corporation Counsel<br>30 N. LaSalle St., Suite 1020<br>Employment Litigation & Labor Divisions<br>Chicago, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Abdirashid Ali (See subpoena for wording)

| | | |
|---|---|---|
| Witness Fee | | 30.00 |
| Special Memo | | 15.00 |
| Subpoena Processing | 1. Case Name: *Ahmed* | 20.00 |
| Service | 2. Case Number: *08 C 6909* | 18.00 |
| | 3. Client Dept: *CPD* | **TOTAL DUE  >>>**  **$83.00** |
| | 4. Atty Signature: *acul* | (-) Payments/Credits:  0.00 |
| | 5. Date Approved: *3-19-10* | (+) Finance Charges/Debits:  0.00 |
| | 6. Law Dept. Division: *ECRLD* | (=) New Balance:  **$83.00** |
| | MAR 10 2010 | |

**Tax ID:** 36-2639296

*Please detach bottom portion and return with payment.*

Adrian Martin
Corporation Counsel
30 N. LaSalle St., Suite 1020
Employment Litigation & Labor Divisions
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 619370 |
| Invoice Date | : | 3/1/2010 |
| **Total Due** | : | **$ 83.00** |

**Remit To:** **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

| | | |
|---|---|---|
| Order No. | : | 390426.001 |
| BU ID | : | 1-MAIN |
| Case No. | : | 08 C 6909 |
| Case Name | : | Abdiraham Ahmed vs. City of Chicago et al. |

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352  Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 613164 | 1/22/2010 | Due Upon Receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 390368.001 | 12/18/2009 | 08 C 6909 |
| **Case Name** | | |
| Ahmed vs. City of Chicago, etal., | | |
| **Records Pertaining To** | | |
| Bashire Said Hassan | | |

ADRIAN MARTIN
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1020
EMPLOYMENT LITIGATION & LABOR DIVISIONS
CHICAGO, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Sprint Nextel Corp.<br>SUBPOENA COMPLIANCE<br>6480 Spring Parkway, Mailstop#<br>KSOPHM0206<br>Overland Park, KS  66251 | ADRIAN MARTIN<br>CORPORATION COUNSEL<br>30 N. LA SALLE ST., SUITE 1020<br>EMPLOYMENT LITIGATION & LABOR DIVISIONS<br>CHICAGO, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Bashire Said Hassan (Phone Records)                         1.00

| | |
|---|---|
| Witness Fee | 30.00 |
| CD | 25.00 |
| Subpoena Processing | 20.00 |
| Service | 18.00 |
| Delivery | 0.00 |

1. Case Name: _Ahmed_
2. Case Number: _08 C 16989_
3. Client Dept: _CPD_
4. Atty Signature: _(signature)_
5. Date Approved: _2-1-10_
6. Law Dept. Division: _(CPD)_

JAN 29 2010

| | |
|---|---|
| TOTAL DUE >>> | **$93.00** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$93.00** |

**Tax ID:** 36-2639296                                    Phone: 312-742-0301    Fax:

*Please detach bottom portion and return with payment.*

ADRIAN MARTIN
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1020
EMPLOYMENT LITIGATION & LABOR DIVISIONS
CHICAGO, IL 60602

Invoice No.    :  613164
Invoice Date  :  1/22/2010
**Total Due**     :  **$ 93.00**

Remit To: **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

Order No.     :  390368.001
BU ID         :  1-MAIN
Case No.      :  08 C 6909
Case Name     :  Ahmed vs. City of Chicago, etal.,

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 615102 | 2/3/2010 | Due Upon Receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 390306.001 | 12/28/2009 | 08 C 6909 |
| **Case Name** | | |
| Abdiraham Ahmed vs. City of Chicago etal. | | |
| **Records Pertaining To** | | |
| Abdiraham Ahmed | | |

ADRIAN MARTIN
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1020
EMPLOYMENT LITIGATION & LABOR DIVISIONS
CHICAGO, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Inner City Oil<br>Personnel Department<br>540 S. 10th St.<br>Kansas City, KS  66105 | ADRIAN MARTIN<br>CORPORATION COUNSEL<br>30 N. LA SALLE ST., SUITE 1020<br>EMPLOYMENT LITIGATION & LABOR DIVISIONS<br>CHICAGO, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

Abdiraham Ahmed (Requested Documents)

| | |
|---|---|
| Witness Fee | 30.00 |
| Delivery | 0.00 |
| Special Memo | 15.00 |

1. Case Name:  *Ahmed*
2. Case Number:  *08C6909*
3. Client Dept:  *CPD*
4. Atty Signature:  *[signature]*
5. Date Approved:  *2-11-10*
6. Law Dept. Division:  *ECRLD*

FEB 1 0 2010

| | |
|---|---|
| TOTAL DUE  >>> | $45.00 |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $45.00 |

Tax ID: 36-2639296

Phone: 312-742-0301   Fax:

*Please detach bottom portion and return with payment.*

ADRIAN MARTIN
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1020
EMPLOYMENT LITIGATION & LABOR DIVISIONS
CHICAGO, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 615102 |
| Invoice Date | : | 2/3/2010 |
| **Total Due** | : | **$ 45.00** |

Remit To: **U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

| | | |
|---|---|---|
| Order No. | : | 390306.001 |
| BU ID | : | 1-MAIN |
| Case No. | : | 08 C 6909 |
| Case Name | : | Abdiraham Ahmed vs. City of Chicago etal. |

# INVOICE

U.S. Legal Support, Inc.
200 W. Jackson Blvd. Suite: 600
Chicago, IL 60606
Phone:312-236-8352   Fax:312-236-3344

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 612484 | 1/19/2010 | Due Upon Receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 390306.003 | 12/18/2009 | 08 C 6909 |

| Case Name |
|---|
| Abdiraham Ahmed vs. City of Chicago etal. |

| Records Pertaining To |
|---|
| Abdiraham Ahmed |

ADRIAN MARTIN
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1020
EMPLOYMENT LITIGATION & LABOR DIVISIONS
CHICAGO, IL 60602

| Records From | Ordered By | Reference Info. |
|---|---|---|
| 7 Eleven, Inc.<br>Legal Correspondence<br>1722 Routh St.<br>Dallas, TX  75201 | ADRIAN MARTIN<br>CORPORATION COUNSEL<br>30 N. LA SALLE ST., SUITE 1020<br>EMPLOYMENT LITIGATION & LABOR DIVISIONS<br>CHICAGO, IL 60602 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| Abdiraham Ahmed (Employment Records) | 10.00 | |
|---|---|---|
| Witness Fee | | 30.00 |
| Minimum Charge | | 15.00 |
| Subpoena Processing | | 20.00 |
| Service | | 18.00 |
| Delivery | | 0.00 |

1. Case Name: _Ahmed_
2. Case Number: _08C6909_
3. Client Dept: _CCD_
4. Atty Signature: _[signature]_
5. Date Approved: _2-1-10_
6. Law Dept. Division: _Fred_

JAN 2 9 2010

| | |
|---|---|
| TOTAL DUE >>> | **$83.00** |
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$83.00** |

**Tax ID:** 36-2639296

Phone: 312-742-0301 · Fax:

*Please detach bottom portion and return with payment.*

ADRIAN MARTIN
CORPORATION COUNSEL
30 N. LA SALLE ST., SUITE 1020
EMPLOYMENT LITIGATION & LABOR DIVISIONS
CHICAGO, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 612484 |
| Invoice Date | : | 1/19/2010 |
| **Total Due** | : | **$ 83.00** |

**Remit To:  U.S. Legal Support Inc.**
**Mite/IL Records**
**75 Remittance Dr., Ste 6098**
**Chicago, IL 60675-6098**

| | | |
|---|---|---|
| Order No. | : | 390306.003 |
| BU ID | : | 1-MAIN |
| Case No. | : | 08 C 6909 |
| Case Name | : | Abdiraham Ahmed vs. City of Chicago etal. |

```
1              GRACE BRENNAN

2          Official Court Reporter

3          2650 S. California-4C02

4            Chicago, IL 60608

5

6     To:  Calvon Witchard

7          30 N. LaSalle-1400

8          Chicago, IL 60602

9          312-742-4045

10

11    People v. Abdirahman Ahmed 06MC1-114294

12    Hearing before Jd. Thomas Hennelly on

13    4-24-06

14    Four Pages Orig. Transcript @ $3.00 pg.

15

16    Hearing before Jd. Maura Slattery Boyle

17    on 5-18-06

18    Six Pages Orig. Transcript @ $3.00 pg.

19

20    Ten Pages Total          $30.00

21

22    1-29-06

23

24
```

Ahmed v. City, etal,
08 C 6909
Police
1 Signature *Naomi Aen*
PCRL      2/5/09
atty: Preston

37192

To: Mr. Calvon Witchard          Date: 2-05-09
    Corporation Counsel
    312-744-9104


From:   Jerry D. Giorgi,     #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
        Official Court Reporter
        Room 4C02
        2650 So. California
        Chicago 60608
        773-869-6065


In Re:  Peo vs Abdirahman Ahmed
        4-5-06
        Branch 1
        Hon. Coleen Hyland
        06-MC1-142940

        Five pages  @  $3.00    $15.00


Thank You

.Case Name: _Ahmed v. City, et al._
‚.Case #: ___08 C 6909_____
‹.Client Dept.: ___POLICE___
Ι.Atty Signature: _Naomi Aaa_
›.Date Approved: __3/12/09__
‹.Law Dept. Division: __FCRL__

_atty: Preston_

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

# Invoice

| FIRM |
|---|
| MS. ANNE PRESTON<br>ASSISTANT CORPORATION COUNSEL<br>FEDERAL CIVIL RIGHTS LITIGATION DIVISION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL  60602 |

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 71877 | 7/28/2009 | 300 |

| TOTAL | $805.06 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

AHMED v. CITY OF CHICAGO

| 08 C 6909 | ABDIRAHAM AHMED | 07/09/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. ANNE PRESTON | | | |
| CITY TRANSCRIPT ORIGINAL | 127 | 4.25 | 539.75 |
| 07/09/09  DEPOSITION OF ABDIRAHAM AHMED, VOL I | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -10.80 |
| CITY CONDENSCRIPT | 127 | 0.25 | 31.75 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -0.64 |
| CITY ATTENDANCE | | 50.00 | 250.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -5.00 |

1. Case Name: _Abdiraham Ahmed_
2. Case Number: _08 C6909_
3. Client Dept: _CPD_
4. Atty Signature: _[signature]_
5. Date Approved: _8/1/09_
6. Law Dept. Division: _FCRLD_

AUG 0 4 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>71877 | **PAYABLE UPON RECEIPT** | **Total** | **$805.06** |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

  

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

MS. ANNE PRESTON
ASSISTANT CORPORATION COUNSEL
FEDERAL CIVIL RIGHTS LITIGATION DIVISION
30 N LASALLE ST STE 1400
CHICAGO, IL  60602

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 72080 | 8/26/2009 | 300 |

| TOTAL | $1,172.56 | PAYABLE UPON RECEIPT |
|---|---|---|

## CAUSE

AHMED v. CITY OF CHICAGO

| 08 C 6909 | ABDIRAHMAN AHMED, VOL II | 07/27/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. ANNE PRESTON | | | |
| CITY TRANSCRIPT ORIGINAL | 227 | 4.25 | 964.75 |
| 07/27/2009  RESUMED DEPOSITION OF ABDIRAHMAN AHMED,  VOLUME II | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -19.30 |
| CITY CONDENSCRIPT | 227 | 0.25 | 56.75 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -1.14 |
| CITY ATTENDANCE | | 50.00 | 175.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -3.50 |

1. Case Name: Abdicham Ahmed
2. Case Number: 08 C 6909
3. Client Dept: CPD
4. Atty Signature: *(signature)*
5. Date Approved: 9/1/09
6. Law Dept. Division: FCRLD

SEP 0 3 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO URLAUB BOWEN & ASSOCIATES, INC. PO BOX 64637 CHICAGO, IL 60664-0637 | INVOICE # 72080 | **PAYABLE UPON RECEIPT** | Total $1,172.56 |
|---|---|---|---|

E-mail  info@urlaubbowen.com       Web Site  www.urlaubbowen.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

# Invoice

| FIRM |
|---|
| MS. ANNE PRESTON<br>ASSISTANT CORPORATION COUNSEL<br>FEDERAL CIVIL RIGHTS LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL 60602 |

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 72487 | 10/12/2009 | 300 |

| TOTAL | $231.28 |
|---|---|

PAYABLE UPON
RECEIPT

## CAUSE

AHMED v. CITY OF CHICAGO

| 08 C 6909 | BASHIR HASSAN, VOL I | 09/23/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. ANNE PRESTON | | | |
| CITY TRANSCRIPT ORIGINAL | 32 | 4.25 | 136.00 |
| 09/23/2009 DEPOSITION OF BASHIR HASSAN, VOLUME I | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -2.72 |
| CITY ATTENDANCE (2 Hr MINIMUM) | 1 | 100.00 | 100.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -2.00 |

1. Case Name: _Ahmed_
2. Case Number: _08 C 6900_
3. Client Dept: _CPD_
4. Atty Signature: _Mary ave_
5. Date Approved: _10/20/09_
6. Law Dept. Division: _Fcrlp_

OCT 2 2 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for
payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>72487 | PAYABLE<br>UPON<br>RECEIPT | Total | $231.28 |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

| FIRM | |
|---|---|
| MS. ANNE PRESTON<br>ASSISTANT CORPORATION COUNSEL<br>FEDERAL CIVIL RIGHTS LITIGATION<br>30 N LASALLE ST STE 1400<br>CHICAGO, IL 60602 | |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 72820 | 11/20/2009 | 300 |

**TOTAL** **$529.20** PAYABLE UPON RECEIPT

GO GREEN TO SAVE GREEN
CALL US FOR DETAILS

| CAUSE | | |
|---|---|---|
| AHMED v. CITY OF CHICAGO | | |
| 08 C 6909 | BASHIR HASSON, VOL II | 10/19/2009 |

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. ANNE PRESTON | | | |
| CITY TRANSCRIPT ORIGINAL | 80 | 4.25 | 340.00 |
| 10/19/2009 RESUMED DEPOSITIONM OF BASHIR HASSAN, VOLUME II | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -6.80 |
| CITY ATTENDANCE | 4 | 50.00 | 200.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -4.00 |

1. Case Name: _Ahmed_
2. Case Number: _08C6909_
3. Client Dept: _CPD_
4. Atty Signature: _____
5. Date Approved: _12-9-09_
6. Law Dept. Division: _FEB R 0 3 2009_

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>72820 | **PAYABLE**<br>**UPON**<br>**RECEIPT** | **Total** **$529.20** |
|---|---|---|---|

E-mail info@urlaubbowen.com      Web Site www.urlaubbowen.com

  

# UBA

## URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

| FIRM | |
|---|---|
| MS. MARY McDONALD<br>ASSISTANT CORPORATION COUNSEL<br>FEDERAL CIVIL RIGHTS LITIGATION<br>30 N LASALLE ST STE 900<br>CHICAGO, IL  60602 | |

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 73005 | 12/19/2009 | 300 |

**TOTAL**  $327.32   **PAYABLE  UPON**
**RECEIPT**

GO GREEN
TO SAVE GREEN
CALL US FOR DETAILS

## CAUSE

AHMED v. CITY OF CHICAGO

08 C 6909          JOSEPH DiNATALE                    12/02/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. MARY McDONALD | | | |
| CITY TRANSCRIPT ORIGINAL | 52 | 4.25 | 221.00 |
| 12/02/2009  DEPOSITION OF JOSEPH N. DiNATALE | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -4.42 |
| CITY CONDENSCRIPT | 52 | 0.25 | 13.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -0.26 |
| CITY ATTENDANCE (2 Hr MINIMUM) | | 100.00 | 100.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -2.00 |

1. Case Name: _Ahmed_
2. Case Number: _08 C 6909_
3. Client Dept: _CPD_
4. Atty Signature: _PEM_
5. Date Approved: _12-30-09_
6. Law Dept. Division: _FCRLD_

DEC 2 3 2009

**225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".**

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>73005 | *PAYABLE*<br>*UPON*<br>*RECEIPT* | Total    $327.32 |
|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260 CHICAGO, ILLINOIS 60602
FEIN # 36-3368198 PHONE 312-781-9586 FAX 312-781-9228

# Invoice

**FIRM**

MS. MARY M. McDONALD
ASSISTANT CORPORATION COUNSEL
FEDERAL CIVIL RIGHTS LITIGATION
30 N LASALLE ST STE 900
CHICAGO, IL 60602

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 73007 | 12/19/2009 | 300 |

**TOTAL** $455.65 **PAYABLE UPON RECEIPT**

GO GREEN
TO SAVE GREEN
CALL US FOR DETAILS

**CAUSE**

AHMED v. CITY OF CHICAGO

| 08 C 6909 | DENNIS O'SHEA | 12/02/2009 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. MARY M. McDONALD | | | |
| CITY TRANSCRIPT ORIGINAL | 102 | 4.25 | 433.50 |
| 12/02/209 DEPOSITION OF DENNIS O'SHEA | | | |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -8.67 |
| CITY EXHIBIT PHOTOCOPYING B/W COPIES | 17 | 0.35 | 5.95 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -0.12 |
| CITY CONDENSCRIPT | 102 | 0.25 | 25.50 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -0.51 |

1. Case Name: _Ahmed_
2. Case Number: _08C6909_
3. Client Dept: _CPD_
4. Atty Signature: _mm_
5. Date Approved: _12-30-09_
6. Law Dept. Division: _FCRLD_

DEC 2 3 2009

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br>73007 | **PAYABLE UPON RECEIPT** | Total | $455.65 |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site   www.urlaubbowen.com



# ALPHA REPORTING CORPORATION

*"1ST IN REPORTING AND SERVICE"*

| Invoice Date | Invoice # |
|---|---|
| Friday, December 11, 2009 | 44669swlh |

Ann Preston
City of Chicago, Department of Law
30 N. LaSalle St.
Suite 900
Chicago, IL 60602

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974 FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number
62-1162456

Terms: Payable upon receipt
1.5% per month

| | |
|---|---|
| **Witness:** | Ali, Abdirashid Durow |
| **Case:** | Ahmed vs City of Chicago |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 11/18/2009 |
| **Start Time:** | 11:00 AM |
| **End Time:** | 1:00 PM |
| **Reporter:** | Stephanie Faulkner |
| **Claim #:** | |
| **File #:** | 12533cc |

RECEIVED 2009 DEC 16 AM 11: 27 BY _____ IND. DEFENSE LITIGATION

| Description | Total |
|---|---|
| Attendance - Deposition | $85.00 |
| Orignal & 1/Word Index - (Free Condensed)- Read & | $478.50 |
| Binding/Handling | $10.00 |
| Repository - (FREE) | $0.00 |
| **Sub Total** | **$573.50** |
| **Payments** | **$0.00** |
| **Balance Due** | **$573.50** |

*4.35 per page*
*110 pages*

*Ann Preston*
*FCRL*
*12/22/09*
*ahmed v city, 08C6907*

## Method of Payment:

☐ Check Enclosed ☐ Charge my credit card:
**Please make check payable to:** ☐ **VISA** ☐ **MasterCard**

**Alpha Reporting Corporation**

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card # ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐ ☐☐ Exp. Date

Daytime Telephone

## *Payment Due Upon Receipt of Invoice*

# UBA | URLAUB BOWEN & ASSOCIATES, INC.

Certified Shorthand Reporters
Video Conference Center
20 NORTH CLARK ST., SUITE 1260  CHICAGO, ILLINOIS  60602
FEIN # 36-3368198  PHONE 312-781-9586  FAX 312-781-9228

**FIRM**

MS. MARY McDONALD
ASSISTANT CORPORATION COUNSEL
FEDERAL CIVIL RIGHTS LITIGATION
30 N LASALLE ST STE 900
CHICAGO, IL  60602

# Invoice

| INVOICE # | DATE | ACCOUNT # |
|---|---|---|
| 73109 | 12/30/2009 | 300 |

**TOTAL**  **$368.72**  **PAYABLE UPON RECEIPT**

GO GREEN
TO SAVE GREEN
CALL US FOR DETAILS

**CAUSE**

AHMED v. CITY OF CHICAGO

08 C 6909          SHELDON SOROSKY                    12/10/2009

| DESCRIPTION | QUANTITY | UNIT COST | EXTENDED COST |
|---|---|---|---|
| MS. MARY McDONALD | | | |
| CITY TRANSCRIPT ORIGINAL | 65 | 4.25 | 276.25 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -5.53 |
| CITY ATTENDANCE (2 Hr MINIMUM) | 1 | 100.00 | 100.00 |
| CITY OF CHICAGO 2% PRICE REDUCTION | | -2.00% | -2.00 |
| 12/10/2009  DEPOSITION OF SHELDON SOROSKY | | | |

1. Case Name: _Ahmed_
2. Case Number: _08C6909_
3. Client Dept: _CPD_
4. Atty Signature: _(signature)_
5. Date Approved: _1-11-10_
6. Law Dept. Division: _FCRLD_

JAN 0 5 REC'D

225 ILCS 415/28 "A person certified under this Act may hold any attorney, firm or any other entity personally responsible for payment of shorthand reporting services rendered at the request of that attorney, firm or entity".

| REMIT PAYMENT TO<br>URLAUB BOWEN & ASSOCIATES, INC.<br>PO BOX 64637<br>CHICAGO, IL 60664-0637 | INVOICE #<br><br>73109 | *PAYABLE UPON RECEIPT* | Total | **$368.72** |
|---|---|---|---|---|

E-mail  info@urlaubbowen.com          Web Site  www.urlaubbowen.com

# CITY OF CHICAGO

## TRAVEL EXPENSE STATEMENT

**Department Submit to Comptroller's Audit Section**
**Please use separate Expense Statement for each fund charged**

PV3109310S011

Effective January 1, 2000

Employee: Anne K. Preston
Contact: Delette M. Porter-Williams
Dept. #:

Phone: (312) 742-4045
Phone: (312) 744-8977

Employee Title: Asst. Corporation Counsel
Travel Dates: From 11/17/2009 To 11/18/2009

Purpose/Location of Trip: Deposition (Ahmed 08 C 6909)

| Date | Transportation Personal Auto | | Rental Vehicles | Ground Transport | Common Carrier (Air, Train) | Parking & Toll | Room & Taxes | Meals | Telephone | Misc.* | Total Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Miles | Amount | | | | | | | | | |
| 11/17/09 | | | | $30.00 | | | | $28.88 | | | $58.88 |
| | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | $0.00 |

Funding Code

*Explanation of Miscellaneous Expenses:

**HOME ADDRESS:** Chicago, IL 60657

I hereby certify that this Travel Expense Statement is in accordance with the policies and [...] of the City of Chicago. All receipts included are original.

Anne K. Preston
Employee Signature

12/28/09
Date

Approving Finance Director or Designee
_____ Date

Dept. Head/Approving Official Signature
_____ Date

| | |
|---|---|
| Total Expenses | $58.88 |
| Less Prepaid Expenses | $0.00 |
| Balance Due City | $0.00 |
| Balance Due Employee | $58.88 |
| Subtotal (0245) | $58.88 |
| Registration Fee (0169) | |

**Receipt**

Date 11/17/09          Price $ 30,00

Name (615) 474 8468

Pick Up Airport (Nashville, TN)

Drop Off Hampton Inn



24 Hour Service
1.800.323.3800
www.corptrav.com

IMPORTANT INFORMATION ENCLOSED
It is your responsibility to examine
all documents and report
discrepancies within 24 hours

**CorpTrav**
management group

```
SALES PERSON : 73            INVOICE NO . 149698          Date : 09 NOV 09
CUSTOMER NBR : 3415                   JVTEOW               Page : 1 / 1
TRANSACTION NBR : 4706473
```

```
TO : CITY OF CHICAGO LAW DEPARTMENT
     30 N LASALLE ST ROOM 1700
     CHICAGO IL 60602
     ****ATTN GWEN HARRISON
```

```
FOR : PRESTON/ANNE                   REF :

17 NOV 09 - TUESDAY
   AIR    WN  SOUTHWEST AIRLINES CO.    FLT: 1350   W
                  INC.
          LV MDW CHICAGO-MIDWAY                0220P      EQP: 73G
          AR BNA NASHVILLE                     0340P      NON-STOP
          PRESTON/ANNE              SEAT -

18 NOV 09 - WEDNESDAY
   AIR    WN  SOUTHWEST AIRLINES CO.    FLT: 1151   W
                  INC.
          LV BNA NASHVILLE                     0355P      EQP: 73G
          AR MDW CHICAGO-MIDWAY                0525P      NON-STOP
          PRESTON/ANNE              SEAT -

02 JAN 10 - SATURDAY
   OTH    THANK YOU  HAVE A PLEASANT TRI
          RET ROST


03 JAN 10 - SUNDAY
   MCO


04 JAN 10 - MONDAY
   MCO
```

```
AIR TICKET WN1105407286            PRESTON/ANNE            229.70
ELECTKT
                                                       _____
                                      AMOUNT DUE          229.70
                         AMERICAN EXPRESS ****1006       -229.70
                                                       _____
                                           TOTAL           0.00
```



24 Hour Service
1.800.323.3800
wvww.corptrav.com

IMPORTANT INFORMATION ENCLOSED
It is your responsibility to examine
all documents and report
discrepancies within 24 hours

SALES PERSON : 73
CUSTOMER NBR : 3415
TRANSACTION NBR : 4706472

INVOICE NO . 149697
JVTEOW

Date : 09 NOV 09
Page : 1 / 1

TO : CITY OF CHICAGO LAW DEPARTMENT
    30 N LASALLE ST ROOM 1700
    CHICAGO IL 60602
    ****ATTN GWEN HARRISON

FOR : PRESTON/ANNE                REF :

02 JAN 10 - SATURDAY
    OTH    THANK YOU  HAVE A PLEASANT TRI
        RET ROST

03 JAN 10 - SUNDAY
    MCO

04 JAN 10 - MONDAY
    MCO

AIR TICKET XD0508652409          PRESTON/ANNE        30.00

                                AMOUNT DUE     30.00
             AMERICAN EXPRESS ****1006   -30.00
                                  TOTAL      0.00



24 Hour Service
1.800.323.3800
wwww.corptrav.com

IMPORTANT INFORMATION ENCLOSED
It is your responsibility to examine
all documents and report
discrepancies within 24 hours

```
SALES PERSON : 73              INVOICE NO . 149700        Date : 09 NOV 09
CUSTOMER NBR : 3415                   OMSMYS              Page : 1 / 1
TRANSACTION NBR : 4706475
```

```
TO : CITY OF CHICAGO LAW DEPARTMENT
     30 N LASALLE ST ROOM 1700
     CHICAGO IL 60602
     ****ATTN GWEN HARRISON
```

```
FOR : MCDONALD/MARY                    REF :

17 NOV 09 - TUESDAY
    AIR    WN  SOUTHWEST AIRLINES CO.    FLT: 1350   W
               INC.
               LV MDW CHICAGO-MIDWAY               0220P       EQP: 73G
               AR BNA NASHVILLE                    0340P       NON-STOP
               MCDONALD/MARY            SEAT -

18 NOV 09 - WEDNESDAY
    AIR    WN  SOUTHWEST AIRLINES CO.    FLT: 1151   W
               INC.
               LV BNA NASHVILLE                    0355P       EQP: 73G
               AR MDW CHICAGO-MIDWAY               0525P       NON-STOP
               MCDONALD/MARY            SEAT -

02 JAN 10 - SATURDAY
    OTH    THANK YOU  HAVE A PLEASANT TRI
           RET ROST


03 JAN 10 - SUNDAY
    MCO


04 JAN 10 - MONDAY
    MCO
```

```
AIR TICKET WN1105407616          MCDONALD/MARY            229.70
ELECTKT

                                         AMOUNT DUE       229.70
                             AMERICAN EXPRESS ****1006   -229.70

                                               TOTAL       0.00
```



**24 Hour Service**
1.800.323.3800
www.corptrav.com

IMPORTANT INFORMATION ENCLOSED
It is your responsibility to examine
all documents and report
discrepancies within 24 hours

SALES PERSON : 73          INVOICE NO . 149699          Date : 09 NOV 09
CUSTOMER NBR : 3415                OMSMYS          Page : 1 / 1
TRANSACTION NBR : 4706474

```
TO : CITY OF CHICAGO LAW DEPARTMENT
     30 N LASALLE ST ROOM 1700
     CHICAGO IL 60602
     ****ATTN GWEN HARRISON
```

FOR : MCDONALD/MARY                          REF :

02 JAN 10 - SATURDAY
     OTH     THANK YOU  HAVE A PLEASANT TRI
             RET  ROST

03 JAN 10 - SUNDAY
     MCO

04 JAN 10 - MONDAY
     MCO

AIR TICKET XD0508652410              MCDONALD/MARY              30.00
                                                        ─────────────
                                          AMOUNT DUE              30.00
                             AMERICAN EXPRESS *****1006          -30.00
                                                        ─────────────
                                               TOTAL               0.00



# InterpreNet
### TRUST US TO UNDERSTAND

# invoice

## invoice number 090527

## total $810

= 6 hrs @ $135 each

## client

City of Chicago Corporation Counsel
30 N. LaSalle Suite 800
Chicago, IL
312-744-7150 phone
312-744-1974 fax

## assignment

**date**: Thursday - July 09, 2009
**time**: 11:00 AM
**location**: 30 N. LaSalle St., Suite 1400
**contact**: Anne Preston
**case**: Hamed v City of Chicago et al
**reference**: 08C6909
**language**: Somali
requested by Cal Richard (312-744-9104) on 01-Jul
is this a rush assignment? No

1. Case Name: _Ahmed, Addiraham_
2. Case Number: _08 C 6909_
3. Client Dept: _CPD_
4. Atty Signature: _Mari Pu_
5. Date Approved: _7/09/09_
6. Law Dept. Division: _FCRLD_

JUL 16 2009

## comments

## terms

- Invoices are due upon receipt
- Late fees will be applied if paid after 30 days after date of invoice
- Payment of fee is the sole responsibility of the client requesting the interpreter named above, regardless of who is responsible for payment. InterpreNet does not follow up nor collect from parties not named in this invoice.

**We accept payment via check, VISA, MASTER CARD, AMERICAN EXPRESS, DISCOVER and PAYPAL**

If paying by check, please make checks payable to

**To the best of my knowledge, I certify that this invoice has not been previously paid.**

**InterpreNet, Ltd.**
**27 North Wacker Drive, suite 270**
**Chicago, IL 60606**

Signature _____ _a Fuentes_

EIN 20 0565125

INTERPRENET, LTD 27 NORTH WACKER DRIVE SUITE 270 CHICAGO, IL 60606 USA P 312.928.1188 F 312.896.9434 INFO@INTERPRENET.NET
**WORLDWIDE NETWORK OF INTERPRETERS AND TRANSLATORS**



## INTERPRENET
TRUST US TO UNDERSTAND

**invoice** 

## invoice number  090716

## total **$608**

= 4 hrs @ $135 each
+ $68 overtime

## client

City of Chicago Corporation Counsel
30 N. LaSalle Suite 800
Chicago, IL
312-744-7150 phone
312-744-1974 fax

## assignment

**date:** Monday - July 27, 2009
**time:** 2:00 PM
**location:** 30 N. LaSalle St., Suite 1400
**contact:** Anne Preston
**case:** Hamed v City of Chicago et al
**reference:** 08C6909
**language:** Somali
requested by Cal Richard (312-744-9104) on 20-Jul
is this a rush assignment? No

## comments

1. Case Name: _Abdirahman Ahmed_
2. Case Number: _08 C 6909_
3. Client Dept: _CPD_
4. Atty Signature: _Z Monika_
5. Date Approved: _8/6/09_
6. Law Dept. Division: _FCRLD_

**AUG 0 5 2009**

## terms

- Invoices are due upon receipt
- Late fees will be applied if paid after 30 days after date of invoice
- Payment of fee is the sole responsibility of the client requesting the interpreter named above, regardless of who is responsible for payment. InterpreNet does not follow up nor collect from parties not named in this invoice.

**We accept payment via check, VISA, MASTER CARD, AMERICAN EXPRESS, DISCOVER and PAYPAL**

If paying by check, please make checks payable to

**InterpreNet, Ltd.**
**27 North Wacker Drive, suite 270**
**Chicago, IL 60606**

**EIN   20 0565125**

To the best of my knowledge, I certify that this invoice has not been previously paid.

Signature _A. Fuentes_

INTERPRENET, LTD 27 NORTH WACKER DRIVE SUITE 270 CHICAGO, IL 60606 USA P 312.928.1188 F 312.896.9434 INFO@INTERPRENET.NET

**WORLDWIDE NETWORK OF INTERPRETERS AND TRANSLATORS**

# INTERPRENET
### TRUST US TO UNDERSTAND

## invoice number  091362

## total $390

= minimum charge of 3 hrs @ $130 each

## client

City of Chicago Corporation Counsel
30 N. LaSalle Suite 800
Chicago, IL
312-744-7150 phone
312-744-1974 fax

## assignment

**date**: Wednesday - September 23, 2009
**time**: 10:00 AM
**location**: 30 N. LaSalle St., Suite 1400
**contact**: Anne Preston
**case**: Ahmed v City of Chicago et al
**reference**: 08C6909
**language**: Somali
requested by Anne Preston (312-742-4045) on
21-Sep
is this a rush assignment: No

1. Interpreter Name: *Abdiraham Ahmed*
2. Case Number: *08C6909*
3. Client Dept: *CPD*
4. Atty Signature: *nany la*
5. Date Approved: *10/1/09*
6. Law Dept. Division: *FCRLD*

OCT 0 7 2009

## comments

## terms

- Invoices are due upon receipt
- Late fees will be applied if paid after 30 days after date of invoice
- Payment of fee is the sole responsibility of the client requesting the interpreter named above, regardless of who is responsible for payment. InterpreNet does not follow up nor collect from parties not named in this invoice.

**We accept payment via check, VISA, MASTER CARD, AMERICAN EXPRESS, DISCOVER and PAYPAL**

If paying by check, please make checks payable to

To the best of my knowledge, I certify that this invoice has not been previously paid.

Signature _____

InterpreNet, Ltd.
**27 North Wacker Drive, suite 270**
**Chicago, IL 60606**

**EIN**    20 0565125

INTERPRENET, LTD 27 NORTH WACKER DRIVE  SUITE 270  CHICAGO, IL 60606  USA  P 312.928.1188  F 312.896.9434  INFO@INTERPRENET.NET
**WORLDWIDE NETWORK OF INTERPRETERS AND TRANSLATORS**



## InterpreNet
### TRUST US TO UNDERSTAND

**invoice**

# invoice number   091975

# total $520

= 4 hrs @ $130 each

## client

City of Chicago Corporation Counsel
30 N. LaSalle Suite 800
Chicago, IL
312-744-7150 phone
312-744-1974 fax

## assignment

**date**: Wednesday - November 18, 2009
**time**: 10:00 AM
**location**:  Alpha Nashville, 3200 West End
        Avenue, Suite 500, Nashville, TN 37203
**contact**:  Anne Preston
**case**:  Ahmed v City of Chicago
**reference**:  08C6909
**language**:  Somali
requested by Jill Antonucci White (312-744-6776)
on 12-Nov
is this a rush assignment?  No

## comments

1. Case Name: _Ahmed_
2. Case Number: _08C6909_
3. Client Dept: _CPO_
4. Atty Signature: _arm_
5. Date Approved: _12-22-09_
6. Law Dept. Division: _FCLLD_

DEC 15 2009

## terms

- Invoices are due upon receipt
- Late fees will be applied if paid after 30 days after date of invoice
- Payment of fee is the sole responsibility of the client requesting the interpreter named above, regardless of who is responsible for payment. InterpreNet does not follow up nor collect from parties not named in this invoice.

**We accept payment via check, VISA, MASTER CARD, AMERICAN EXPRESS, DISCOVER and PAYPAL**

If paying by check, please make checks payable to

**InterpreNet, Ltd.**
**27 North Wacker Drive, suite 270**
**Chicago, IL 60606**

**EIN**   20 0565125

To the best of my knowledge, I certify that
this invoice has not been previously paid.

Signature _____

INTERPRENET, LTD 27 NORTH WACKER DRIVE SUITE 270 CHICAGO, IL 60606 USA P 312.928.1188 F 312.896.9434 INFO@INTERPRENET.NET

**WORLDWIDE NETWORK OF INTERPRETERS AND TRANSLATORS**

DEC-05-2009 10:23PM    FAX:InterpreNet          ID:CH FINANCE        PAGE:002  R=91%



## InterpreNet
### TRUST US TO UNDERSTAND

# invoice

## invoice number  091518

## total $520

= 4 hrs @ $130 each

## client

City of Chicago Corporation Counsel
30 N. LaSalle Suite 800
Chicago, IL
312-744-7150 phone
312-744-1974 fax

**To the best of my knowledge, I certify that this invoice has not been previously paid.**

Signature *Ojl fuentes*

comments

## assignment

**date:** Monday - October 19, 2009
**time:** 11:00 AM
**location:** 30 N. LaSalle St., Suite 1400
**contact:** Anne Preston
**case:** Hamed v City of Chicago et al
**reference:** 08C6909
**language:** Somali
requested by Cal Richard (312-744-9104) on 05-Oct
is this a rush assignment? No

1. Case Name: _Hamed_
2. Case Number: _08C6909_
3. Client Dept: _CPP_
4. Atty Signature: _____
5. Date Approved: _11-2-09_
6. Law Dept. Division: _For LD_

OCT 3 0 2009

## terms

- Invoices are due upon receipt
- Late fees will be applied if paid after 30 days after date of invoice
- Payment of fee is the sole responsibility of the client requesting the interpreter named above, regardless of who is responsible for payment. InterpreNet does not follow up nor collect from parties not named in this invoice.

**We accept payment via check, VISA, MASTER CARD, AMERICAN EXPRESS, DISCOVER and PAYPAL**

If paying by check, please make checks payable to

**InterpreNet, Ltd.**
**27 North Wacker Drive, suite 270**
**Chicago, IL 60606**

**EIN** 20 0565125

INTERPRENET, LTD 27 NORTH WACKER DRIVE SUITE 270 CHICAGO, IL 60606 USA P 312.928.1188 F 312.896.9434 INFO@INTERPRENET.NET

**WORLDWIDE NETWORK OF INTERPRETERS AND TRANSLATORS**

OCT-29-2009 05:07PM    FAX: InterpreNet        ID: CH FINANCE        PAGE: 002    R=91%